UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERRY CONRAD BINGER,<br><br>　　　　Defendant. | No. 2:85-cr-00275 WBS<br><br><br>**ORDER** |

　　Defendant's Request for Appointment of Counsel under the Criminal Justice Act to assist or represent him in the matter before the United States Parole Commission is GRANTED.

　　Dated: August 14, 2013

　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1